IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL GENE BOZE, JIMMY JOE BOZE, and the ESTATE of MARY RUTH BOZE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:23-cv-0068 ) JUDGE CRENSHAW |
| UNITED STATES DEPARTMENT OF AGRICULTURE, RISK MANAGEMENT AGENCY, and FEDERAL CROP INSURANCE CORPORATION, | ) MAGISTRATE JUDGE NEWBERN ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR CONTINUANCE

COME NOW the Plaintiffs, Daniel Gene Boze, Jimmy Joe Boze and Estate of Mary Ruth Boze, by and through counsel, and moves this Court for a continuance of the case management conference scheduled for **March 8, 2024, at 10:00 a.m.** with Magistrate Judge Alistar Newbern on the grounds that the undersigned counsel will be in trial in the Circuit Court of Dunklin County, Missouri, on **March 8, 2024**, **at 9:00 a.m.** in *Brenda D. Phelps v. Verlon D. Phelps*, Case No. 21DU-DR00161-01. The undersigned further requests, if possible, that the matter be rescheduled for **March 11 or March 15, 2024.**

Respectfully submitted,

LAW OFFICE OF
WENDELL L. HOSKINS II
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830
Phone: 573-333-2600
Fax: 573-333-2041
Wendell@WendellHoskins.com


*Wendell L. Hoskins II*
WENDELL L. HOSKINS II
Tennessee Bar No. 17761
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I, WENDELL L. HOSKINS II, attorney for Plaintiffs in the above styled and numbered cause, do hereby certify that I have this day electronically mailed a true and correct copy of the foregoing pleading to Kimberly S. Veirs, Assistant United States Attorney, United States Attorney's Office, Middle District of Tennessee, 150 Third Avenue South, Suite 2800, Nashville, Tennessee 37201.

THIS, the 5th day of March, 2024.

*Wendell L. Hoskins II*
WENDELL L. HOSKINS II