UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL GENE BOZE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENET OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 2:23-cv-00068<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On March 5, 2024, Plaintiffs Daniel Boze, Jimmy Boze, and the Estate of Mary Boze filed a motion to continue the initial case management conference set on March 8, 2024. (Doc. No. 9). The motion is GRANTED. The initial case management conference is CONTINUED to March 11, 2024, at 9:30 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge