ORDER:
The motion is **GRANTED**.

*[signature]*
Alistair E. Newbern
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL GENE BOZE, JIMMY JOE BOZE, and the ESTATE of MARY RUTH BOZE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, RISK MANAGEMENT AGENCY, and FEDERAL CROP INSURANCE CORPORATION, <br><br> Defendants. | Case No. 2:23-cv-0068 <br> JUDGE CRENSHAW <br> MAGISTRATE JUDGE NEWBERN |

**DEFENDANTS' UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER**

Defendants, the United States Department of Agriculture, Risk Management Agency, and the Federal Crop Insurance Corporation ("Agency Defendants"), by and through the United States Attorney and the undersigned Assistant United States Attorney, respectfully move for a modification of the Initial Case Management Order [D.E. 12]. For cause, the Agency Defendants state as follows:

The Initial Case Management Order currently contains a deadline for filing a copy of the certified administrative record by **May 3, 2024**. The administrative record in this case is over 10,000 pages, and Agency Defendants are in the process of redacting personal data identifiers and sensitive information found in the administrative record. Therefore, Agency Defendants respectfully request that the Court set the deadline for filing the administrative record by no later than **July 1, 2024**.

The undersigned has contacted Plaintiff's counsel regarding this motion and is authorized to state that he has no opposition. This case will be decided solely on cross motions for judgment on the administrative record, which are due on **October 11, 2024**, therefore, no other deadlines will be impacted by Agency Defendants' request.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

s/ Kimberly S. Veirs
KIMBERLY S. VEIRS, B.P.R. #034811
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: kimberly.veirs@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by United States mail, postage prepaid, to the following:

Wendell Hoskins
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830

s/ Kimberly S. Veirs
KIMBERLY S. VEIRS
Assistant United States Attorney