The motion is GRANTED. The Clerk's Office is DIRECTED to strike the previously filed administrative record (Doc. Nos. 16-38) from the docket.

*Alistair E. Newbern*
Alistair E. Newbern
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL GENE BOZE, JIMMY JOE BOZE, and the ESTATE of MARY RUTH BOZE,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, RISK MANAGEMENT AGENCY, and FEDERAL CROP INSURANCE CORPORATION,<br><br>    Defendants. | CASE NO. 2:23-cv-0068<br>JUDGE CRENSHAW<br>MAGISTRATE JUDGE NEWBERN |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CORRECTED ADMINISTRATIVE RECORD

Defendants, the United States Department of Agriculture, Risk Management Agency, and the Federal Crop Insurance Corporation ("Agency Defendants"), by and through the United States Attorney and the undersigned Assistant United States Attorney, respectfully move for an extension of time until **July 22, 2024**, to file a corrected administrative record. For cause, the Agency Defendants state as follows:

The current deadline for filing a copy of the certified administrative record was **July 1, 2024**, per the Court's Order. (ECF No. 14). The administrative record in this case is over 12,000 pages. In compliance with the Court's Order, the Agency Defendants filed the administrative record as ordered; however, the filed record contained multiple technical issues which were unknown to the Agency Defendants at the time of filing. In addition, Plaintiff's counsel is also unable to access the full filed copy of the administrative record. (ECF Nos. 15-34).

The undersigned has contacted Plaintiff's counsel regarding this motion and is authorized to state that he has no opposition. This case will be decided solely on cross motions for judgment on the administrative record, which are due on **October 11, 2024** (ECF No. 12), thus, no other deadlines will be impacted by Agency Defendants' request.

Therefore, the Agency Defendants request an extension of time until **July 22, 2024,** to refile a corrected administrative record which will resolve the technical issues with the initial filing.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

s/ Kimberly S. Veirs
KIMBERLY S. VEIRS, B.P.R. #034811
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN   37203
Telephone: (615) 736-5151
Email:   kimberly.veirs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by United States mail, postage prepaid, to the following:

Wendell Hoskins
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830

                                                  s/ Kimberly S. Veirs
                                                  KIMBERLY S. VEIRS
                                                  Assistant United States Attorney