IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DANIEL GENE BOZE, JIMMY JOE BOZE, and the ESTATE of MARY RUTH BOZE, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CASE NO. 2:23-cv-0068 |
| | ) | JUDGE CRENSHAW |
| UNITED STATES DEPARTMENT OF AGRICULTURE, RISK MANAGEMENT AGENCY, and FEDERAL CROP INSURANCE CORPORATION, | ) ) ) ) ) ) | MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) | |

## JOINT MOTION FOR A STATUS CONFERENCE

The Parties, by their respective counsel, respectfully ask the Court to set a telephonic status conference with Judge Newbern to discuss recent developments in this case. In support of this motion, the Parties state as follows:

Plaintiffs filed a lawsuit against Great American Insurance Company ("GAIC") on January 26, 2021 (Case No. 2:21-cv-00002), a simultaneous lawsuit that directly impacts the present case. GAIC filed a Motion to Dismiss on January 18, 2024, and Judge Crenshaw granted that motion on September 26, 2024, dismissing the case with prejudice.

In the instant case, the Parties were set to file Cross Motions for Judgment on the Administrative Record on October 11, 2024, in accordance with the March 11, 2024, Case Management Order [D.E. 12], but given the dismissal of the case against GAIC, the Parties are requesting a telephonic status conference with Judge Newbern to determine how to move forward in the instant case.

Respectfully submitted,

s/ Wendell Hoskins (with permission)
WENDELL HOSKINS, B.P.R. #17761
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830
*Attorney for Plaintiffs*

THOMAS J. JAWORSKI
Acting United States Attorney
Middle District of Tennessee

s/ Kimberly S. Veirs
KIMBERLY S. VEIRS, B.P.R. #034811
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN   37203
Telephone: (615) 736-5151
Email:   kimberly.veirs@usdoj.gov
*Attorney for Defendants*