IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DANIEL GENE BOZE, JIMMY JOE BOZE, and the ESTATE of MARY RUTH BOZE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:23-cv-00068 |
| | ) | JUDGE CRENSHAW |
| UNITED STATES DEPARTMENT OF AGRICULTURE, RISK MANAGEMENT AGENCY, and FEDERAL CROP INSURANCE CORPORATION, | ) ) ) ) ) ) | MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR JUDGMENT ON ADMINISTRATIVE RECORD**

COME NOW the Plaintiffs, Daniel Gene Boze, Jimmy Joe Boze, and the Estate of Mary Ruth Boze, represented by Jimmy Joe Boze, by and through counsel, and in accordance with the Court's March 11, 2024, Initial Case Management Order [Doc. #12] file their Motion for Judgment on the Administrative Record and submit in further support of the same their Memorandum Brief in Support of Plaintiffs' Motion for Judgment on Administrative Record filed herein.

Respectfully submitted,

LAW OFFICE OF
WENDELL L. HOSKINS II
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830
Phone: 573-333-2600
Fax: 573-333-2041
Wendell@WendellHoskins.com

*Wendell L. Hoskins II*
WENDELL L. HOSKINS II
Tennessee Bar No. 17761
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, WENDELL L. HOSKINS II, attorney for Plaintiffs in the above styled and numbered cause, do hereby certify that I have this day electronically mailed a true and correct copy of the foregoing pleading to Kimberly S. Veirs, Assistant United States Attorney, United States Attorney's Office, Middle District of Tennessee, 150 Third Avenue South, Suite 2800, Nashville, Tennessee 37201.

THIS, the 4th day of February, 2025.

*Wendell L. Hoskins II*
WENDELL L. HOSKINS II

-2-

Case 2:23-cv-00068   Document 50   Filed 02/04/25   Page 2 of 2 PageID #: 25267