IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DANIEL GENE BOZE, JIMMY JOE BOZE, and the ESTATE of MARY RUTH BOZE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CASE NO. 2:23-cv-0068 JUDGE CRENSHAW |
| UNITED STATES DEPARTMENT OF AGRICULTURE, RISK MANAGEMENT AGENCY, and FEDERAL CROP INSURANCE CORPORATION, | ) ) ) ) ) ) | MAGISTRATE JUDGE NEWBERN |
| Defendants. | ) ) | |

## MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

The United States Department of Agriculture ("USDA"), Risk Management Agency ("RMA"), and Federal Crop Insurance Corporation ("FCIC") (hereinafter "Defendants"), by and through the Acting United States Attorney for the Middle District of Tennessee and the undersigned Assistant United States Attorney, move for judgment on the administrative record under the Administrative Procedure Act ("APA"), 5 U.S.C. § 702, *et. seq*. because the USDA's National Appeals Division ("NAD") Director's decision with regard to Plaintiffs was in accordance with applicable law and was not arbitrary, capricious, or an abuse of discretion.

Plaintiffs are tobacco farmers in Middle Tennessee who sustained losses on their crops from crop year 2017 due to claimed excess precipitation and filed insurance claims with their federally-insured crop insurance company, Great American Insurance Company ("GAIC"). Plaintiffs' claims were initially denied due to Plaintiffs' failure to follow good farming practices. Plaintiffs proceeded to pursue their administrative avenues to appeal GAIC's initial

determination, and eventually participated in an arbitration in August of 2020. The arbitrator ultimately decided that to the extent the Plaintiffs failed to follow good farming practices, that failure did not cause or contribute to the Plaintiffs' losses in their 2017 tobacco crop, and he awarded them over $1 million in indemnity and interest, which GAIC promptly paid.

After the arbitration, Plaintiffs filed a request with RMA seeking an administrative determination which would allow them to seek extracontractual damages in federal court, and they filed a lawsuit against GAIC on the same day seeking to recover damages over and above the amount they received in the arbitration award. After going through multiple levels of administrative appeal, the USDA's National Appeals Division ("NAD") Director denied Plaintiffs' request for an administrative determination that would allow them to seek extracontractual damages against GAIC.

Plaintiffs now challenge the NAD Director's decision, but the challenge fails as the NAD Director complied with all applicable statues and regulations, as documented in the administrative record. There is no basis for the Court to second-guess the decision of the NAD Director. Additionally, or alternatively, Plaintiffs seek a pronouncement of the Court that they are free to seek extra-contractual damages without the benefit of a favorable administrative determination. This is a moot point as the Court has already ruled on this issue in the companion case of 2:21-cv-00002. Nevertheless, Plaintiffs are not entitled to such a ruling.

For the reasons discussed more fully in the memorandum supporting this motion, Defendants are entitled to judgment on the administrative record. This motion should be granted in its entirety.

2

Case 2:23-cv-00068   Document 52   Filed 02/04/25   Page 2 of 3 PageID #: 25337

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee

s/ Kimberly S. Veirs
KIMBERLY S. VEIRS, B.P.R. #034811
Assistant United States Attorneys
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: kimberly.veirs@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by First Class, United States mail, postage prepaid, to the following:

Wendell Hoskins
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830

s/ Kimberly S. Veirs
KIMBERLY S. VEIRS
Assistant United States Attorney