> Motion (55) is **DENIED**.
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL GENE BOZE, JIMMY JOE BOZE, and the ESTATE of MARY RUTH BOZE,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, RISK MANAGEMENT AGENCY, and FEDERAL CROP INSURANCE CORPORATION,<br><br>    Defendants. | Case No. 2:23-cv-00068<br>JUDGE CRENSHAW<br>MAGISTRATE JUDGE NEWBERN |

**PLAINTIFFS' UNOPPOSED
MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

COME NOW the Plaintiffs, Daniel Gene Boze, Jimmy Joe Boze, and the Estate of Mary Ruth Boze, by and through counsel, and move this Court for leave to exceed the page limit on the cross-motion for judgment on the administrative record, and in further support of the same state as follows:

1. Local Rule 7.01(a)(2) provides, "[N]o memorandum shall exceed twenty-five (25) pages without leave of Court."

2. The Memorandum Brief in Support of Plaintiffs' Motion for Judgment on Administrative Record [Doc. #51] is 68 pages in length, including Certificate of Service.

3. While the Plaintiffs have sought to summarize the legal argument, the Plaintiffs are unable to limit the discussion and summary of the evidence, which includes an Agency Record of 14,176 pages (not counting the administrative determinations of the Hearing Officer and the NAD Director), nine (9) days of hearing and three (3) days of arbitration testimony.