UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL GENE BOZE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:23-cv-00068 |
| | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court rules as follows: Plaintiffs' Motion for Judgment on the Record (Doc. No. 50) and Motion to Supplement the Agency Record (Doc. No. 54) are **GRANTED**; and Defendants' Motion for Judgment on the Record (Doc. No. 52) is **DENIED**. This matter is **REMANDED** to Defendants to reevaluate Plaintiffs' Section 20(i) determinations in a manner consistent with this Order and the Court's Memorandum Opinion. This is a final order, and the Clerk shall close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE