# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

Daniel Gene Boze, et al.

                                Plaintiff,

v.                                               Case No.: 2:23−cv−00068

United States Department of Agriculture, et al.

                                Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/26/2025 re [65].

                                                                              Lynda M. Hill
                                                    s/ Sabrina D Brewer, Deputy Clerk